UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

YUKIO KOMEDA, ET AL.,

    Plaintiffs,

    v.

ALEX MERCADO FERMAINT,
et al.,

    Defendants.

Civil No. 98-1928 (JAF)

**JUDGMENT**

Plaintiffs having failed to comply with the court's order entered on August 25, 1999, <u>Docket Document No. 2</u>, judgment is entered dismissing the present case with prejudice for failure to prosecute diligently. Fed. R. Civ. P. 41(b).

San Juan, Puerto Rico, this 30th day of September, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge

AO 72
(Rev 8/82)